IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>U.S.SECURITY ASSOCIATES, INC.,<br><br>    Defendant.<br>_____/ | No. 5:11-cv-05334-EJD<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

On May 29, 2011, the mediator having filed a Certificate of Mediation, notifying the Court the case had settled fully (See Docket Item No. 19), the parties are ordered to appear before the Honorable Edward J. Davila on **August 24, 2012 at 9:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **August 14, 2012**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **August 14, 2012.**

All other pretrial deadlines and hearing dates are vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: May 30, 2012

                                                              EDWARD J. DAVILA<br>                                                              UNITED STATES DISTRICT JUDGE